JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ED HULL, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>3400 STATE STREET, LLC, a California limited liability company; and DOES 1-10,<br><br>        Defendants. | Case No.: CV 21-4550-GW-JDEx<br><br>*Hon. George H. Wu*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed: June 2, 2021<br>Trial Date: Not on Calendar |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Ed Hull's action against Defendant 3400 State Street LLC is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated: December 2, 2021

_____
Hon. George H. Wu
United States District Judge